IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SMILEDIRECTCLUB, LLC,<br><br>　　Plaintiff<br><br>　v.<br><br>GEORGIA BOARD OF DENTISTRY,<br>et al.,<br><br>　　Defendants. | Civil Action No. 1:18-cv-02328-MHC |

**PLAINTIFF SMILEDIRECTCLUB, LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff hereby states as follows:

(1)　The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:

- SmileDirectClub, LLC.  SmileDirectClub, LLC is a wholly owned subsidiary of SDC Financial, LLC.  No publicly held corporation owns 10% or more of the stock of SmileDirectClub, LLC.

<u>Defendants:</u>

- Georgia Board of Dentistry
- Tanja D. Battle
- Thomas P. Godfrey
- Gregory G. Goggans
- Richard Bennett
- Rebecca B. Bynum
- Tracy Gay
- Steve Holcomb
- Logan Nalley, Jr.
- Antwan L. Treadway
- H. Bert Yeargan
- Wendy Johnson

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff:

KING & SPALDING LLP
Jeffrey S. Cashdan
Stephen B. Devereaux
Madison H. Kitchens
Adam Reinke


Defendants:

OFFICE OF THE ATTORNEY GENERAL, STATE OF GEORGIA
Bryon Thernes, Senior Assistant Attorney General


Respectfully submitted this 24th day of May, 2018.

                        */s/ Jeffrey S. Cashdan*
                        Jeffrey S. Cashdan (Ga. Bar No. 115775)
                        jcashdan@kslaw.com
                        Stephen B. Devereaux (Ga. Bar No. 219791)
                        sdevereaux@kslaw.com
                        Madison H. Kitchens (Ga. Bar No. 561653)
                        mkitchens@kslaw.com
                        Adam Reinke (Ga. Bar No. 510426)
                        areinke@kslaw.com

                        KING & SPALDING LLP
                        1180 Peachtree Street, N.E.
                        Atlanta, Georgia  30309
                        Phone:  (404) 572-4600
                        Fax:  (404) 572-5100

                        ***Attorneys for Plaintiff***
                        ***SmileDirectClub, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to any attorneys of record, and deposited a copy of the foregoing document into the U.S. Mail, with appropriate postage affixed and addressed to the following attorney of record:

Bryon Thernes, Senior Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, S.W.
Atlanta, GA 30334

This 24th day of May, 2018.

                                        */s/  Jeffrey S. Cashdan*
                                        Jeffrey S. Cashdan