# Exhibit A



## STATE OF GEORGIA
### OFFICE OF THE GOVERNOR
### ATLANTA 30334-0900

Nathan Deal
GOVERNOR

### Certification of Active Supervision

Board: Georgia Board of Dentistry

Docket Number: 18-01-009

Decision Date: April 30, 2018

Pursuant to the Georgia Professional Regulation Reform Act, O.C.G.A. § 43-1C-1, *et seq.*, the Governor is vested with the duty to "actively supervise the professional licensing boards of this state." In accordance with the Georgia Professional Regulation Reform Act, the Georgia Board of Dentistry (hereinafter "Board") seeks to amend Ga. Comp. R. & Regs. r. 150-9-.02. As stated by the Board, the purpose of the amendment is to expand the list of services dental assistants may perform.

Georgia law grants the Board authority to promulgate rules and regulations related to dental assistant services. *See* O.C.G.A. § 43-11-9. As such, the amendment adopted by the Board is within its authority as granted by clearly articulated state policy. Therefore, I hereby approve the amendment to Ga. Comp. R. & Regs. r. 150-9-.02 for the purposes of active supervision review required by O.C.G.A. § 43-1C-3.


*Nathan Deal*
_____

Governor