# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-02328-WMR
## SmileDirectClub, LLC v. Georgia Board Of Dentistry et al
## Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 02/11/2019.

TIME COURT COMMENCED: 1:40 P.M.
TIME COURT CONCLUDED: 3:45 P.M.
TIME IN COURT: 1:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
CSO/DUSM: David Moreland
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT:
Michael Caplan representing Georgia Board Of Dentistry
Michael Caplan representing Antwan L. Treadway
Michael Caplan representing Gregory G. Goggans
Michael Caplan representing H. Bert Yeargan
Michael Caplan representing Logan Nalley
Michael Caplan representing Rebecca B. Bynum
Michael Caplan representing Richard Bennett
Michael Caplan representing Steve Holcomb
Michael Caplan representing Tanja D. Battle
Michael Caplan representing Thomas P. Godfrey
Michael Caplan representing Tracy Gay
Michael Caplan representing Wendy Johnson
Jeffrey Cashdan representing SmileDirectClub, LLC
Roger Chalmers representing Georgia Board Of Dentistry
Roger Chalmers representing Antwan L. Treadway
Roger Chalmers representing Gregory G. Goggans
Roger Chalmers representing H. Bert Yeargan

Roger Chalmers representing Logan Nalley
Roger Chalmers representing Rebecca B. Bynum
Roger Chalmers representing Richard Bennett
Roger Chalmers representing Steve Holcomb
Roger Chalmers representing Tanja D. Battle
Roger Chalmers representing Thomas P. Godfrey
Roger Chalmers representing Tracy Gay
Roger Chalmers representing Wendy Johnson
James Cobb representing Georgia Board Of Dentistry
James Cobb representing Antwan L. Treadway
James Cobb representing Gregory G. Goggans
James Cobb representing H. Bert Yeargan
James Cobb representing Logan Nalley
James Cobb representing Rebecca B. Bynum
James Cobb representing Richard Bennett
James Cobb representing Steve Holcomb
James Cobb representing Tanja D. Battle
James Cobb representing Thomas P. Godfrey
James Cobb representing Tracy Gay
James Cobb representing Wendy Johnson
Madison Kitchens representing SmileDirectClub, LLC

**OTHER(S) PRESENT:** Brandon Waddell, Ashley Brown

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MOTIONS RULED ON:** [29]Motion to Dismiss for Failure to State a Claim TAKEN UNDER ADVISEMENT

**MINUTE TEXT:** Defense counsel proffered a slideshow for reference during their opening argument on their Motion to Dismiss. The court took a 10 minute recess and resumed with Plaintiff's rebuttal. Defendant presented closing argument. The Court directed parties to prepare proposed orders and email to Ms. Lee by 2/19/2019.

**HEARING STATUS:** Hearing Concluded