IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SMILEDIRECTCLUB, LLC,<br>      Plaintiff,<br><br>v.<br><br>TANJA D. BATTLE, et al,<br>      Defendants. | Civil Action No.<br>1:18-cv-02328-WMR |

## ORDER DENYING MOTION FOR RECONSIDERATION

The Court has reviewed the Motion for Reconsideration [Doc 67], and in doing so has also reviewed the reply brief that is the subject of the Motion for Reconsideration, and herein DENIES the Motion for Reconsideration.

Signed the 3rd day of July, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE