# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SMILEDIRECTCLUB, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TANJA D. BATTLE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-CV-02328-SDG |

## NOTICE OF APPEARANCE OF ASHLEY C. BROWN

Pursuant to Northern District of Georgia Local Rule 83.1(D), Ashley C. Brown of Caplan Cobb LLP hereby enters her appearance as counsel on behalf of all Defendants.

Respectfully submitted, this 30th day of September, 2019.

　　　　　　　　　　　　　　　　　　/s/ Ashley C. Brown
　　　　　　　　　　　　　　　　　　Ashley C. Brown
　　　　　　　　　　　　　　　　　　Georgia Bar No. 287373

　　　　　　　　　　　　　　　　　　**CAPLAN COBB LLP**
　　　　　　　　　　　　　　　　　　75 Fourteenth Street NE, Suite 2750
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　Tel:  (404) 596-5600
　　　　　　　　　　　　　　　　　　Fax:  (404) 596-5604
　　　　　　　　　　　　　　　　　　abrown@caplancobb.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 30th day of September, 2019.

/s/ Ashley C. Brown
Ashley C. Brown
Georgia Bar No. 287373
abrown@caplancobb.com

*Counsel for Defendants*
