# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SMILEDIRECTCLUB, LLC,

    Plaintiff,

  v.

TANJA D. BATTLE, et al.,

    Defendants.

Case No. 1:18-CV-02328-SDG

## ORDER GRANTING THE PARTIES' JOINT MOTION TO DISMISS CLAIMS FOR DAMAGES WITH PREJUDICE

For good cause shown and with the parties' consent, the Court hereby **GRANTS** the parties' Joint Motion to Dismiss Claims for Damages with Prejudice. The Court **DISMISSES WITH PREJUDICE** all of Plaintiff's claims for damages against all Defendants in their official and individual capacities. This dismissal shall have no effect on Plaintiff's remaining claims for equitable relief (to the extent those claims were not previously dismissed by the Court) or for recovery of attorneys' fees and expenses of litigation, all of which shall remain pending for adjudication by the Court.

[signature on following page]

**SO ORDERED** this 23rd day of December, 2019.

_____
The Honorable Steven D. Grimberg
United States District Judge

*Prepared by:*

*/s/ James W. Cobb*
James W. Cobb
Georgia Bar No. 420133

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
jcobb@caplancobb.com

*Counsel for Defendants*

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan (Ga. Bar No. 115775)
jcashdan@kslaw.com

**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100

*Counsel for Plaintiff SmileDirectClub, LLC*