# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SMILEDIRECTCLUB, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-02328-SDG |
| | ) |
| ERIC LACEFIELD, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SmileDirectClub, LLC and Defendants Gregory G. Goggans, Lacey M. Green, Michael A. Knight, Sr., Eric Lacefield, Glenn Maron, Misty A. Mattingly, Larry W. Miles, Jr., Ami Patel, David A. Reznik, Mark A. Scheinfeld, Jeffrey D. Schultz, Lisa M. Selfe, Lisa K. Shilman, J.C. Shirley, J. Don Spillers, Jr, Brent Stiehl, Debra Wilson, and Nancy Young (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated:  December 10, 2023

<div style="column-count:2">

*/s/ Jeffrey S. Cashdan*
JEFFREY S. CASHDAN
Georgia Bar No. 115775
MADISON H. KITCHENS
Georgia Bar No. 561653
ADAM REINKE
Georgia Bar No. 510426
J. FRANKLIN SACHA, JR.
Georgia Bar No. 484155
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
*jcashdan@kslaw.com*
*mkitchens@kslaw.com*
*areinke@kslaw.com*
*fsacha@kslaw.com*

*Counsel for Plaintiff
SmileDirectClub, LLC*

*/s/ James W. Cobb*
JAMES W. COBB
Georgia Bar No. 420133
MICHAEL A. CAPLAN
Georgia Bar No. 601039
ASHLEY C. BROWN
Georgia Bar No. 287373
CAMERON B. ROBERTS
Georgia Bar No. 599839
MICHAEL L. EBER
Georgia Bar No. 859338
**CAPLAN COBB LLC**
75 14th Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
*jcobb@caplancobb.com*
*mcaplan@caplancobb.com*
*abrown@caplancobb.com*
*croberts@caplancobb.com*
*meber@caplancobb.com*


CHRISTOPHER M. CARR
Attorney General
Georgia Bar No. 112505
LORETTA L. PINKSTON-POPE
Deputy Attorney General
Georgia Bar No. 580385
ROGER A. CHALMERS
Senior Assistant Attorney General
Georgia Bar No. 118720
MAXIMILLIAN J. CHANGUS
Senior Assistant Attorney General
Georgia Bar No. 120705

**OFFICE OF ATTORNEY GENERAL**
40 Capital Square SW
Atlanta, Georgia 303340

</div>

2

        Tel: (404) 463-8850
        Fax: (404) 651-5304
        *rchalmers@law.ga.gov*
        *mchangus@law.ga.gov*

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, in compliance with L.R. 5.1(C) and L.R. 5.1(D), that the foregoing pleading has been prepared using Times New Roman font in 14 point with margins not less than 1 inch.

Dated: December 10, 2023

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan
Georgia Bar No. 115775

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which automatically sends e-mail notification of such filing to any attorneys of record.

This 10th day of December, 2023

                                            */s/ Jeffrey S. Cashdan*
                                            Jeffrey S. Cashdan
                                            Georgia Bar No. 115775